IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00343-WYD-MJW

MAXUM INDEMNITY COMPANY,

Plaintiff,

v.

STEVEN HANSEN,
HANSEN CONSTRUCTION, INC.,
VAUGHAN COUNTS,
THISHA MCBRIDE,
CHARLIE LAWSON,
SARAHLIZ LAWSON,
STEPHANIE MOSHER,
STEVE NEW,
KORI NEW,
CRAIG WILLIS,
PAMELA WILLIS,
KURT KORNREICH,
HELEN KORNREICH,
JAMES VIDAKOVICH,
GARY GRAY,
MICHAEL CRYAN,
BRIAN ALONGE,
PATRICK M. NESBITT,
DAVID ICE,
LISA ICE,
RICHARD MOORE,
DANIEL HOCK,
TONI HOCK,
CHRISTINE AMINI,
NEIL ROSS,
SOHRAB AMINI,
JOSEPH DAVIS,
KRISTIN DAVIS,
TINA ROCHOWIAK,
MICHAEL ROCHOWIAK,
MARTIN ROCHOWIAK,
JAMIE PROUGH,
CHADWICH MICKSCHL, and
SARAH MICHSCHL,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Third Stipulated Motion for Extension of Time for Filing Expert Disclosures (Docket No. 34) is GRANTED IN PART and DENIED IN PART for good cause shown. The Court does not see the need for a full 60 days of additional time, for deadlines that have already been extended by seven weeks. The Court will extend the deadline 45 days; no further extensions will be granted absent a showing of exceptional need.

It is further ORDERED that the Scheduling Order in this case (Docket No. 23) is AMENDED such that:

- The deadline for Plaintiff to designate affirmative expert witnesses is December 4, 2015;

- The deadline for Defendants to designate affirmative expert witnesses is January 4, 2016; and

- The deadline for all parties to designate rebuttal expert witnesses is February 1, 2016.

Defendants should note that the January 4, 2015, deadline falls just after the holidays. The holidays will not constitute good cause for an extension, and Defendants should plan ahead accordingly.

Date: October 19, 2015