IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00343-WYD-MJW

MAXUM INDEMNITY COMPANY,

    Plaintiff,

v.

STEVEN A. HANSEN and
HANSEN CONSTRUCTION, INC.,

    Defendants,

and

VAUGHAN COUNTS,
THISHA McBRIDE,
CHARLIE LAWSON and
SARAHLIZ LAWSON,
STEPHANIE MOSHER,
STEVE NEW and KORI NEW,
CRAIG WILLIS and PAMELA WILLIS,
KURT KORNREICH and
HELEN KORNREICH,
JAMES VIDAKOVICH,
GARY GRAY, MICHAEL CRYAN, and
BRIAN ALONGE,
PATRICK M. NESBITT,
DAVID ICE and LISA ICE,
RICHARD MOORE,
DANIEL HOCK and TONI HOCK,
CHRISTINE AMINI, NEIL ROSS, and
SOHRAB AMINI,
JOSEPH DAVIS and KRISTIN DAVIS,
TINA ROCHOWIAK, MICHAEL ROCHOWIAK,
MARTIN ROCHOWIAK, and JAMIE PROUGH, and
CHADWICH MICKSCHL and
SARAH MICKSCHL,

    Indispensable Defendants.

## ORDER

THIS MATTER is before the Court on the parties' Rule 41(a) Stipulated Motion to Dismiss filed October 30, 2015.  After a careful review of the motion and the file, it is

ORDERED that the Rule 41(a) Stipulated Motion to Dismiss (ECF No. 39) is **GRANTED**.  The Indispensable Defendants, Vaughan Counts, Thisa McBride, Charlie Lawson and Sarahliz Lawson, Stephanie Mosher, Steve New and Kori New, Craig Willis and Pamela Willis, the Korneich 1981 Trust (improperly sued as Kurt Kornreich and Helen Kornreich), James Vidakovich Revocable Trust (improperly sued as James Vidakovich), Gary Gray, Michael Cryan, Brian Alonge, Patrick M. Nesbitt, David Ice and Lisa Ice, Richard Moore, Daniel Hock and Toni Hock, J. Christine Amini (incorrectly sued as Christine Amini), Neil Ross, the Sohrab Amini Trust (incorrectly sued as Sohrab Amini), Joseph S. Davis and Kristin F. Davis, Tina Rochowiak, Jamie Prough, Michael Rochowiak, Martin Rochowiak, Chadwick Mickschl, and Sarah Mickschle are **DISMISSED WITH PREJUDICE**, without costs to either party.  The Indispensable Defendants shall hereafter be taken off the caption.

Dated:  November 12, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge