IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00343-WYD-MJW

MAXUM INDEMNITY COMPANY,

    Plaintiff,

v.

STEVEN A. HANSEN and
HANSEN CONSTRUCTION, INC.,

    Defendants,

---

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal filed April 18, 2016.  The Court, having carefully reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation of Dismissal (ECF No. 41) is **APPROVED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

Dated:  April 18, 2016

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge